UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Robert Roesly**, | ) |
|  | ) Case No. 1:07-cv-540 |
| Plaintiff, | ) |
|  | ) Hon. Robert Holmes Bell |
| v. | ) |
|  | ) |
| **Apelles, L.L.C.**, | ) |
| an Ohio limited liability company, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**ORDER OF DISMISSAL**

The plaintiff has filed a notice of dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, requesting dismissal of this action with prejudice, and defendant has not filed an appearance or responsive pleading.

Therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this 27 day of July, 2007.

/s/ Robert Holmes Bell
_____
Robert Holmes Bell
Chief, United States District Judge